# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 14, 2017

Stephen J. Markman,
Chief Justice

Robert P. Young, Jr.
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

155263(57)

JOHN LAUVE,
　　　　　　Plaintiff-Appellant,

v

GOVERNOR,
　　　　　　Defendant-Appellee.

_____/

SC:  155263
COA:  329985
Ct of Claims:  15-000118-MM

　　　　On order of the Chief Justice, the motion of plaintiff-appellant to extend the time for filing his reply is GRANTED.  The reply submitted on April 3, 2017, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 14, 2017



Clerk